IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALADDIN FOOD MANAGEMENT SERVICES, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JARVIS CHRISTIAN UNIVERSITY,<br><br>      Defendant. | CIVIL ACTION NO. 2:24-cv-01529 |

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Aladdin Food Management Services, LLC ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses without prejudice its Complaint in the above-captioned action (ECF No. 1).

Defendant Jarvis Christian University has not yet answered or served amotion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss its Complaint by notice, without prejudice, and without court order.

[*Signature Page Follows*]

AND NOW, this __26th__ day of __December__, 20__24__
IT IS SO ORDERED.
__s/ Mark R. Hornak__
UNITED STATES DISTRICT JUDGE

Dated:  December 24, 2024                    Respectfully submitted,

                                                             **BLANK ROME LLP**

*/s/ Robert C Levicoff*
Michael A. Iannucci
Robert C. Levicoff
One Logan Square
130 North 18th Street
Philadelphia, PA  19103-6998
215.569.5500
Michael.Iannucci@blankrome.com
Robert.Levicoff@blankrome.com

*Counsel for Plaintiff Aladdin Food Management Services, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 24th. 2024, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) was filed with the Clerk of the Court via CM/ECF and sent a copy of same via electronic mail to the following counsel for Defendant:

Maurice Owens, Jr.
Owens PLLC
Inwood National Bank
1801 N. Hampton Road
Suite 370
DeSoto, TX  75115
214.741.2288
mowens@owenshervey.com

*Counsel for Defendant Jarvis Christian University*


                                          */s/ Robert C. Levicoff*
                                          ROBERT C. LEVICOFF